PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant: Joseph Schlinger          Docket No.: 0868 1:22CR00190

To Appear On: 01/30/2024     For: ☐ Plea   ☐ Trial   ☒ Sentencing

Before Judge: Daniel M. Traynor

Initial Appearance Date: 10/31/2022      Release Date: 11/01/2022

Magistrate Judge: Clare R. Hochhalter

Conditions of Release:

- ☒ Pretrial Supervision
- ☐ Seek/Maintain Employment
- ☒ Submit to Counseling as Deemed Appropriate by Pretrial Services
- ☒ Drug/Alcohol Monitoring
- ☐ Third Party Custody to:
- ☒ Travel Restrictions: Bismarck/Mandan
- ☒ No Contact With: Victim/Witnesses
- ☒ Other: Weapons Restriction/Search/Seizure, Internet Conditions, Minor Restrictions
- ☐ Surrender Passport
- ☒ Do Not Obtain Passport
- ☒ Refrain from Excessive Use of Alcohol or Any Controlled Substance without a Prescription
- ☒ Location Monitoring

Defendant Has Met Conditions of Release:   ☒ Yes   ☐ No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:
Mr. Schlinger has had no instances of non-compliance while on pretrial supervision. He routinely sees Dr. Johnson through Missouri River Health.

Recommendations:
Absent a statutory mandate of detention, respectfully, the defendant is viewed as a suitable candidate for voluntary surrender if a term of imprisonment is ordered.

01/23/2023                                              Stephanie N. Cherney
Date                                                    U.S. Pretrial Services Officer